

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00003-CV

**LAKEWOOD CAPITAL GROUP LLC** and Kerrville Acquisitions LLC,
Appellants

v.

**COMMISSIONERS' COURT OF KERR COUNTY, TEXAS** and Kerr County Judge Rob Kelly,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 23444B
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
           Irene Rios Justice
           Beth Watkins, Justice

Delivered and Filed: February 7, 2024

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On January 12, 2024, Appellants Lakewood Capital Group, LLC and Kerrville Acquisitions, LLC filed an unopposed motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM